517 S.E.2d 442

**In the Matter of Mary P. MILES, Respondent.**

Supreme Court of South Carolina.

June 24, 1999.

## ORDER

Respondent recently received a six month suspension from the practice of law in this state, retroactive to December 10, 1997, the date of respondent's interim suspension. *In re Miles*, 335 S.C. 242, 516 S.E.2d 661 (1999).

Respondent has now filed an affidavit of compliance as required by Rule 32, RLDE, Rule 413, SCACR. Respondent

382

is hereby reinstated to the practice of law in this state.

IT IS SO ORDERED.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean H. Toal, J.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.
/s/ E.C. Burnett, III, J.